## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 174 MM 2017
:
Respondent :
:
:
:
v. :
:
:
:
KEVIN SANTAMARIA, :
:
Petitioner :

## ORDER

**PER CURIAM**

AND NOW, this 29th day of January, 2018, the Petition for Review is DENIED.